

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BRYAN JAMAL DUNN, | § | No. 08-23-00040-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 264th Judicial District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Bell County, Texas |
| Appellee. | § | (TC# 82899) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF AUGUST, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, Soto, JJ.